# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

145329-32

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY SYLVESTER CLAUSELL,
      Defendant-Appellant.

SC:  145329-32
COA:  309665; 309666; 309667;
          309668
Macomb CC:  2010-002609-FC;
                    2010-002610-FC;
                    2010-002611-FH;
                    2010-002612-FC

_____/

        On order of the Court, the application for leave to appeal the May 29, 2012 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

p1015